1036

[No. 45921-3-II.   Division Two.   March 24, 2015.]

*In the Matter of the Marriage of* APRIL MCMILLIN, *Appellant*, v. AUSTIN MCMILLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-3-02082-4, Elizabeth P. Martin, J., entered January 15, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 31943-1-III.   Division Three.   March 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD M. PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02242-0, Kathleen M. O'Connor, J., entered August 19, 2013. *Dismissed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[Nos. 31687-4-III; 32122-3-III.   Division Three.   March 26, 2015.]

DANA WIDRIG, *Plaintiff*, v. THE VILLAS AT MEADOW SPRINGS, LLC, *Respondent*, ROBERT YOUNG AND ASSOCIATES, LLC ET AL, *Defendants*, HSC REAL ESTATE, INC., *Appellant*.

Appeals from a judgment of the Superior Court for Benton County, No. 11-2-02480-3, Cameron Mitchell, J., entered April 24, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J.; Lawrence-Berrey, J., dissenting.